**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE MICHAELS STORES PIN PAD LITIGATION<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>This Documents Relates to All Actions | Case No. 1:11-cv-03350<br><br>CLASS ACTION<br><br>Honorable Charles P. Kocoras |

**JOINT MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Mary Allen, Kelly M. Maucieri, Brandi Ramundo, Adrianna Sierra, Sara Rosenfeld, Ilana Sofer, Lori Wilson, Jeremy Williams, and Kimberly M. Siprut ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant Michaels Stores, Inc. ("Michaels"), hereby move pursuant to Rule 23 of the Federal Rules of Civil Procedure for entry of an Order:

1. Preliminarily approving the Class Action Settlement Agreement and all exhibits thereto ("Settlement Agreement," Exhibit 1 hereto) and entering the [Proposed] Order Granting Preliminary Approval to Proposed Class Settlement attached as Exhibit A thereto;

2. Preliminarily certifying a nationwide class under for settlement purposes ("Settlement Class") as more particularly defined in the Settlement Agreement;

3. Conditionally certifying Plaintiffs as class representatives and appoint Plaintiffs' counsel as Class Counsel;

4. Approving the proposed form and method of providing notice of the pendency of this action and the Settlement to the Settlement Class and directing that notice be provided to the Settlement Class members;

5. Scheduling a Fairness Hearing at which the Court can consider the request for final approval of the Settlement and entry of a proposed order and final judgment and setting forth procedures and deadlines related thereto; and

6. Granting such other and further relief the Court deems just and proper.

**Dated:** December 13, 2012

Respectfully submitted,

| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC** | **SEYFARTH SHAW LLP** |
|---|---|
| By: /s/ Adam J. Levitt<br>Adam J. Levitt<br>Edmund S. Aronowitz<br>55 West Monroe Street, Suite 1111<br>Chicago, Illinois 60603<br>Tel: (312) 984-0000<br>Fax: (312) 984-0001<br>levitt@whafh.com<br>aronowitz@whafh.com<br><br>Scott A. Bursor (*pro hac vice*)<br>Joseph I. Marchese (*pro hac vice*)<br>**BURSOR & FISHER, P.A.**<br>888 Seventh Avenue<br>New York, New York 10019<br>Tel: 212-983-9113<br>Fax: 212-983-9163<br>scott@bursor.com<br>jmarchese@bursor.com<br><br>Anthony Vozzolo (*pro hac vice*)<br>Christopher Marlborough<br>**FARUQI & FARUQI, LLP**<br>369 Lexington Ave., 10th Floor<br>New York, New York 10017<br>Tel: 212-983-9330<br>Fax: 212-983-9331<br>avozzolo@faruqilaw.com<br>cmarlborough@faruqilaw.com<br><br>*Attorneys for Plaintiffs*<br>*and the Proposed Settlement Class* | By: /s/ Jeffrey P. Swatzell<br>Jeffrey P. Swatzell<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>Email: JSwatzell@seyfarth.com<br><br>Neil K. Gilman (*Admitted pro hac vice*)<br>DC Bar No. 449226<br>**HUNTON & WILLIAMS LLP**<br>2200 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br>Email: ngilman@hunton.com<br><br>John J. Delionado (*Admitted pro hac vice*)<br>Florida Bar No. 0499900<br>**HUNTON & WILLIAMS LLP**<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br>Email: jdelionado@hunton.com<br><br>*Counsel for Defendant Michaels Stores, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, a copy of the foregoing document was filed electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. In addition, a copy of the foregoing was served on the following via electronic mail:

>David J. Disabato (ddisabato@disabatolaw.com)
>Disabato & Bouckenooghe LLC
>8 Mansfield Court
>Mendham, New Jersey 07945
>(973) 813-2525
>
>***Counsel for Plaintiff Lori Wilson***

By: /s/ Edmund S. Aronowitz___
Edmund S. Aronowitz