**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE MICHAELS STORES PIN PAD LITIGATION | Case No. 1:11-cv-03350 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | Honorable Charles P. Kocoras |
| This Documents Relates to All Actions | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
AN OVERLENGTH MEMORANDUM OF LAW IN SUPPORT OF
JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT**

Plaintiffs, by their undersigned counsel and pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for leave to file their overlength memorandum of law in support of the parties' Joint Motion for Preliminary Approval of Class Action Settlement. *Defendant Michaels does not oppose this motion*. In support of this unopposed motion, Plaintiffs state as follows:

**1.** The parties seek preliminary approval of their Class Action Settlement Agreement, which together with all exhibits thereto, approaches eighty pages.

**2.** Due to the importance of the preliminary approval process, a step in the final disposition this litigation, Plaintiffs respectfully submit that the additional pages they request for their Memorandum of Law will facilitate a complete and comprehensive review of the issues the Court should consider relating to preliminary approval.

**3.** Defendant does not oppose this motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order granting them leave to file Plaintiffs' Memorandum of Law In Support Of Joint Motion for Preliminary Approval of Class Action Settlement not to exceed thirty-four (34) pages in length.

**Dated:** December 13, 2012

                                              Respectfully submitted,

                                              **WOLF HALDENSTEIN ADLER**
                                               **FREEMAN & HERZ LLC**

By:   /s/ Adam J. Levitt
        Adam J. Levitt (ARDC#06216433)
        Edmund S. Aronowitz (ARDC#6304587)
        55 West Monroe Street, Suite 1111
        Chicago, Illinois 60603
        Tel: 312-984-0000
        Fax: 312-984-0001
        levitt@whafh.com
        aronowitz@whafh.com

        Scott A. Bursor (*pro hac vice*)
        Joseph I. Marchese (*pro hac vice*)
        **BURSOR & FISHER, P.A.**
        369 Lexington Avenue, 10th Floor
        New York, New York 10017
        Tel: 212-983-9113
        Fax: 212-983-9163
        scott@bursor.com
        jmarchese@bursor.com

        Anthony Vozzolo (*pro hac vice*)
        Christopher Marlborough (*pro hac vice*)
        **FARUQI & FARUQI, LLP**
        369 Lexington Ave., 10th Floor
        New York, New York 10017
        Tel: 212-983-9330
        Fax: 212-983-9331
        avozzolo@faruqilaw.com
        cmarlborough@faruqilaw.com

        *Plaintiffs' Interim Class Counsel*

44164

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, a copy of the foregoing document was filed electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. In addition, a copy of the foregoing was served on the following via electronic mail:

>David J. Disabato (ddisabato@disabatolaw.com)
>Disabato & Bouckenooghe LLC
>8 Mansfield Court
>Mendham, New Jersey 07945
>(973) 813-2525
>
>*Counsel for Plaintiff Lori Wilson*

By: /s/ Edmund S. Aronowitz___
Edmund S. Aronowitz