**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE MICHAELS STORES PIN PAD LITIGATION | Case No. 1:11-cv-03350 |
| | CLASS ACTION |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | Honorable Thomas M. Durkin |
| This Documents Relates to All Actions | |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Mary Allen, Kelly M. Maucieri, Brandi Ramundo, Adrianna Sierra, Sara Rosenfeld, Ilana Sofer, Lori Wilson, Jeremy Williams, and Kimberly M. Siprut ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant Michaels Stores, Inc. ("Michaels"), hereby move pursuant to Rule 23 of the Federal Rules of Civil Procedure for entry of an Order Approving Settlement in substantially the form of the proposed order attached hereto and granting all such other and further relief the Court deems just and proper.

[signatures on following page]

**Dated**: March 22, 2013

Respectfully submitted,                                     Respectfully submitted,

| | |
|---|---|
| /s/ Adam J. Levitt<br>Adam J. Levitt<br>Edmund S. Aronowitz<br>**GRANT & EISENHOFER P.A.**<br>30 North LaSalle Street, Ste. 1200<br>Chicago, Illinois 60602<br>Tel: 312-214-0000<br>Fax: 312-214-0001<br>alevitt@gelaw.com<br>earonowitz@gelaw.com<br><br>Scott A. Bursor (*pro hac vice*)<br>Joseph I. Marchese (*pro hac vice*)<br>**BURSOR & FISHER, P.A.**<br>888 Seventh Avenue<br>New York, New York 10019<br>Tel: 212-983-911<br>Fax: 212-983-9163<br>scott@bursor.com<br>jmarchese@bursor.com<br><br>Anthony Vozzolo (*pro hac vice*)<br>Christopher Marlborough (*pro hac vice*)<br>**FARUQI & FARUQI, LLP**<br>369 Lexington Ave., 10th Floor<br>New York, New York 10017<br>Tel: 212-983-9330<br>Fax: 212-983-9331<br>avozzolo@faruqilaw.com<br>cmarlborough@faruqilaw.com<br><br>*Class Counsel* | /s/ Jeffrey P. Swatzell<br>Jeffrey P. Swatzell<br>**SEYFARTH SHAW LLP**<br>131 South Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>Email: JSwatzell@seyfarth.com<br><br>Neil K. Gilman (*Admitted pro hac vice*)<br>DC Bar No. 449226<br>**HUNTON & WILLIAMS LLP**<br>2200 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br>Email: ngilman@hunton.com<br><br>John J. Delionado (*Admitted pro hac vice*)<br>Florida Bar No. 0499900<br>**HUNTON & WILLIAMS LLP**<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br>Email: jdelionado@hunton.com<br><br>*Counsel for Defendant Michaels Stores, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, a copy of the foregoing document was filed electronically using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. In addition, a copy of the foregoing was served on the following via electronic mail:

>David J. Disabato (ddisabato@disabatolaw.com)
>Disabato & Bouckenooghe LLC
>8 Mansfield Court
>Mendham, New Jersey 07945
>(973) 813-2525
>
>*Counsel for Plaintiff Lori Wilson*

By: /s/ Edmund S. Aronowitz<br>Edmund S. Aronowitz